# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

WINFRED CAMPBELL (#161377)                             CIVIL ACTION NO.

VERSUS                                                              20-847-SDD-EWD

DARROL VANNOY, ET AL.

## RULING

Before the Court is a Petition for Writ of Habeas Corpus filed by Petitioner, Winfred Campbell ("Petitioner"), an inmate incarcerated at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana.[1] On or about December 16, 2020, Petitioner filed a 28 U.S.C. § 2254 application herein challenging his conviction for second-degree murder and aggravated battery.[2]

Petitioner has previously filed a petition for writ of habeas corpus in the Western District of Louisiana regarding the same conviction.[3] The first filed petition for writ of habeas corpus was denied on the merits.[4] 28 U.S.C. § 2244(b)(1) and (2) authorize dismissal of "second and successive" habeas corpus petitions, and § 2244(b)(3) directs a petitioner filing a "second and successive" habeas to obtain authorization from the appropriate Court of Appeals before filing the petition in District Court.

The instant Petition is another attempt to collaterally attack Petitioner's state court conviction, and Petitioner's claims are clearly successive. As Petitioner has not yet received permission from the Court of Appeals to file this successive petition in the District Court as required by statute, this Court lacks jurisdiction to consider his claims. Accordingly,

---

[1] R. Doc. 1.
[2] R. Doc. 1.
[3] *See Winfred V. Campbell v. N. Burl Cain,* 12-cv-2774 (W.D. La.).
[4] *Winfred V. Campbell v. N. Burl Cain,* 12-cv-2774 (W.D. La.).

**IT IS ORDERED** that the Petition[5] be deemed successive, and that it be **DISMISSED** for lack of jurisdiction because Petitioner did not obtain permission from the United States Court of Appeals for the Fifth Circuit prior to filing and that the pending Motion to Proceed *in Forma Pauperis*[6] be **TERMINATED**.

Signed in Baton Rouge, Louisiana on December 18, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[5] R. Doc. 1.
[6] R. Doc. 2.